IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdul Gafoor Akhouzada,**<br>    Detainee,<br><br>**Abdul Salam,**<br>    As the Next Friend of Abdul Gafoor Akhouzada<br><br>*Petitioners*,<br><br>    *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br><br>*Respondents* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-cv-01685<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action Petitioners' Opposition Motion to Dismiss.

Dated:    May 3, 2007

Respectfully submitted,

Counsel for Petitioners:

          /s/ Jack Ratliff
Jack Ratliff*
Scott Sullivan
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512 232 4857
Fax: 512 471 6988

Center for Constitutional Rights
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.3(g))
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212 614 6485

* Lead Counsel