IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdul Gafoor Akhouzada,**<br>    *Detainee,*<br><br>**Abdul Salam,**<br>    As the Next Friend of Abdul Gafoor<br>    Akhouzada<br><br>*Petitioners*,<br><br>    *v.*<br><br>**GEORGE W. BUSH,** *et al.*,<br><br>*Respondents*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 06-cv-01685**<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of William Scanlan, Jr., as counsel of record for the Petitioners in the above-captioned case.

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

Respectfully submitted,


  /s
WILLIAM SCANLAN, JR.,
Texas Bar #17706000
Attorney at Law
112 E. Pecan Street, Suite 3000
San Antonio, Texas 78205
210/224-4491

Counsel for Petitioners, and continuing as counsel:

/s
Jack Ratliff*
Scott Sullivan
Rapoport Center for Human Rights
University fo Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-4857
Fax: 512-471-6988

Center for Constitutional Rights
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.3(g))
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212-614-6485
Fax: 212-614-6499

*Lead Counsel