IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdul Gafoor Akhouzada<br>    Detainee,<br><br>Abdul Salam<br>    As the Next Friend of Abdul Gafoor<br>    Akhouzada<br><br>Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 06-cv-01685 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kristine A. Huskey as lead counsel of record for the Petitioners in the above-captioned case.

Counsel for Petitioners certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners without compensation.

Respectfully submitted,

/s
Kristine Huskey
D.C. Bar ID #462979
National Security & Human Rights Clinic
The University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-2698
Fax: 512-471-8478
khuskey@law.utexas.edu

Counsel for Petitioners, and continuing as counsel:

/s
Jack Ratliff*
Derek Jinks
Scott Sullivan
National Security & Human Rights Clinic
The University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-2698
Fax: 512-471-8478

William Scanlan, Jr.
Schoenbaum, Curphy & Scanlan, P.C.
112 E. Pecan Street, Suite 3000
San Antonio, Texas 78205
Tel: 210-224-4491

Center for Constitutional Rights
Gitanjali S. Gutierrez
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212-614-6485
Fax: 212-614-6499

*Currently Lead Counsel