IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL GAFOOR AKHOUZADA, *et al.* )<br>)<br>)<br>   Petitioners,   )<br>)<br>   v.   )<br>)<br>GEORGE W. BUSH,   )<br>   President of the United States,   )<br>   *et al.*,   )<br>)<br>   Respondents.   )<br>) | Civil Action No. 06-1685 (JDB) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Abdul Gafoor Akhouzada (ISN 954) and transferred him to the control of the Government of Afghanistan.

Dated: December 14, 2007           Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM

JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel: (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents