UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL GAFOOR AKHOUZADA, et al.,<br><br>    Petitioners,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 06-1685  (JDB) |
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-0444 (TFH) |

### ORDER

Based on petitioners' status report of July 14, 2008, it is hereby

**ORDERED** that the above-captioned civil action, No. 06-1685, is **DISMISSED.**


                                /s/
                         JOHN D. BATES
                    United States District Judge

Date:  July 16, 2008